AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | |
|---|---|
| v. | Case: 1:22-mj-00127 |
| Brian Scott Jackson, (DOB: XXXXXXXXX) | Assigned To : Faruqui, Zia M. |
| Adam Lejay Jackson, (DOB: XXXXXXXX) | Assign. Date : 6/1/2022 |
| | Description: Complaint with Arrest Warrant |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3)- Civil Disorder | |
| 18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officer | |
| 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds | |
| 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |
| 18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds | |
| 40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_/s/ C. McLaughlin_
*Complainant's signature*

Courtney McLaughlin , Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __06/02/2022__

_____
*Judge's signature*

City and state: __Washington, D.C.__     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*